

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00004-CV

---

SHAINA AND RYAN DUNN, Appellants

V.

HOOD COUNTY, THE HOOD COUNTY COMMISSIONERS COURT, AND COMMISSIONERS KEVIN ANDREWS, JACK WILSON, RON COTTON, DAVE EAGLE, AND THE HONORABLE RON MASSINGILL, IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE HOOD COUNTY COMMISSIONERS COURT, AND ERIC BURROW, Appellees

---

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2022349

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Appellants' Unopposed Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  February 22, 2024